# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————————

No. 1D20-1360

————————————————————

HENRY WILLIAMS,

Appellant,

v.

H. HAMLIN, A. RALPH, H.
HOLLAND, and C. NEEL,

Appellees.

————————————————————

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

September 2, 2021

PER CURIAM.

AFFIRMED.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

————————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

————————————————————

Henry Williams, pro se, Appellant.

Ashley Moody, Attorney General, Lindsey L. Miller-Hailey, Assistant Attorney General, and Kelly R. Forren, Assistant Attorney General, Tallahassee; Lance Eric Neff, General Counsel, Department of Corrections, Tallahassee, for Appellees.